UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

McCray,

                Petitioner,           20CV2247 (VB)(LMS)

- *against* -

Anderson,                                      **ORDER**

                Respondent.

**Lisa Margaret Smith, U.S.M.J.**

    Petitioner has filed a Motion to Strike Answer Based on Newly Discovered Evidence, Docket ## 21-23, to which Respondent has yet to file a response. Respondent is hereby ordered to serve and file a response to the motion **by no later than October 16, 2020**. Petitioner's reply, if any, shall be served and filed **by no later than November 6, 2020**.

Dated: September 25, 2020
       White Plains, New York

                                                  SO ORDERED,

                                                  Lisa Margaret Smith
                                                  United States Magistrate Judge
                                                  Southern District of New York

A copy of this Order has been mailed to Petitioner