UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Cerious McCray,

                          Petitioner,                     **ORDER**

           -against-                           20 Civ. 2247 (VB)(AEK)

Adrian H. Anderson,

                          Respondent.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       This habeas proceeding has been reassigned to the undersigned.  On September 25, 2020, the Court issued an order that directed Respondent to serve and file his opposition to Petitioner's motion to strike by October 16, 2020, and ordered Petitioner to serve and file his reply, if any, by November 6, 2020.  ECF No. 24.  Respondent served and filed his opposition on October 9, 2020.  ECF Nos. 25-26.  To date, Petitioner has not filed a reply.  Accordingly, the Court grants Petitioner one final, additional 30-day period, until **January 7, 2021**, either to serve and file reply papers or to inform the Court that he does not wish to do so.

       The Clerk of the Court is directed to mail a copy of this order to <u>pro se</u> Petitioner.

Dated:  December 8, 2020
           White Plains, New York

                                                    SO ORDERED.

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge