UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CERIOUS McCRAY,

         Petitioner,

v.

ADRIAN H. ANDERSON,
Sheriff of Dutchess County Jail,

         Respondent.
--------------------------------------------------------------x

**ORDER**

20 CV 2247 (VB)

    The Order of Reference in this case dated April 14, 2020 (Doc. #6), is hereby VACATED.

    This case is no longer referred to the magistrate judge. Judge Briccetti will decide the petition in due course.

    Chambers will mail a copy of this Order to petitioner at the address on the docket.

Dated: June 18, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1