Copies Mailed/Faxed 7/12/24 DH
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CERIOUS McCRAY,
                Petitioner,

v.

ADRIAN H. ANDERSON,
Sheriff of Dutchess County Jail,
                Respondent.
--------------------------------------------------------------x

**ORDER**

20 CV 2247 (VB)

    On July 11, 2024, mail sent to petitioner containing the Court's orders directing the parties to submit supplemental briefing addressing why this petition is not moot (Doc. #38) and directing petitioner to update his address in writing (Doc. #39), were returned and marked "Return To Sender Attempted – Not Known Unable To Forward."

    This mailing was sent to petitioner at the address listed on the docket and reflected on the most recent filing sent by petitioner to the Court (see Doc. #36):  15 South Bridge Street, Apt. 416, Poughkeepsie, New York 12601.

    Accordingly, by **August 2, 2024**, respondent shall file a supplemental brief addressing the following:  whether (i) the petition is moot; (ii) Federal Rule of Civil Procedure 41(b) applies to this action; and (iii) respondent has any information about petitioner's current location and mailing address.

    Chambers will mail a copy of this Order to petitioner's last known address as listed on the docket.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.  Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Dated: July 12, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1